Certificate Number: 16339-PAE-DE-041044994

Bankruptcy Case Number: 26-12217



16339-PAE-DE-041044994

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 1, 2026, at 10:41 o'clock PM EDT, Rabia Sulayman completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 1, 2026                    By:    /s/Kris Krumal

Name:  Kris Krumal

Title:   Certified Financial Counselor