UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

In re:

    Rabia Sulayman                           Chapter 7
     AKA Raabia Sulayman              Case No. 26-12217-AMC

    Debtor

_____

**<u>NOTICE OF APPEARANCE</u>**

Please take notice that Orlans Law Group PLLC has been retained as Attorney for Creditor, Capital One Auto Finance, a division of Capital One, N.A., in the entitled action. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by pursuant to Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Date: July 28, 2026

                                      Respectfully Submitted,

                                      */s/ Garrett M. Wilson*_____
                                      Elizabeth A. Trachtman, Esq. PA 333427
                                      Garrett M. Wilson, Esq. PA 338633
                                      Michele M. Bradford, Esq. PA 69849
                                      Orlans Law Group PLLC
                                      Attorney for Capital One Auto Finance, a
                                      division of Capital One, N.A.
                                      200 Eagle Road, Bldg 2, Suite 120
                                      Wayne, PA 19087
                                      (484) 367-4191
                                      Email: etrachtman@orlans.com
                                      gwilson@orlans.com
                                      mbradford@orlans.com
                                      File Number: 26-007834