UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

In re:

   Rabia Sulayman                      Chapter 7
    AKA Raabia Sulayman          Case No. 26-12217-AMC

   Debtor

_____

**<u>CERTIFICATE OF SERVICE</u>**

     I, Garrett M. Wilson, Attorney of Orlans Law Group PLLC, do hereby certify that on July 28, 2026, I caused to be served a copy of Notice of Appearance on the service list below by first class mail, postage prepaid or other method specified on the list.

Date:  July 28, 2026

                                  Respectfully Submitted,

                                  */s/ Garrett M. Wilson*_____
                                  Elizabeth A. Trachtman, Esq. PA 333427
                                  Garrett M. Wilson, Esq. PA 338633
                                  Michele M. Bradford, Esq. PA 69849
                                  Orlans Law Group PLLC
                                  Attorney for Capital One Auto Finance, a division of Capital One, N.A.
                                  200 Eagle Road, Bldg 2, Suite 120
                                  Wayne, PA 19087
                                  (484) 367-4191
                                  Email: etrachtman@orlans.com
                                  gwilson@orlans.com
                                  mbradford@orlans.com
                                  File Number: 26-007834

<u>VIA US MAIL</u>

Rabia Sulayman, Debtor
7228 Forrest Avenue
Philadelphia, PA 19138

VIA ECF

Michael A. Cibik, Esq. on behalf of Debtor

Robert H. Holber Esq., Chapter 7 Trustee