UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE: | Chapter 7 |
| | Case No. 26-12217-AMC |
| RABIA SULAYMAN | |
|   AKA RAABIA SULAYMAN | |
| | |
|      Debtor | |
| | |
| CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A. | Hearing Date: September 09, 2026 @ 12:30 PM |
| | |
|      Movant | Response Deadline: September 02, 2026 |
| | |
| v. | |
| | |
| RABIA SULAYMAN | |
|   AKA RAABIA SULAYMAN | |
|      (Debtor) | |
| | |
| ROBERT H. HOLBER | |
|      (Trustee) | |
| | |
|      Respondents | |

## CERTIFICATE OF SERVICE

     I, Garrett M. Wilson, Attorney of Orlans Law Group PLLC, do hereby certify that on August 6, 2026, I caused to be served a copy of Motion For Relief From The Automatic Stay on the service list below by first class mail, postage prepaid or other method specified on the list.

Date:  August 6, 2026

Respectfully Submitted,

*/s/ Garrett M. Wilson*_____
Elizabeth A. Trachtman, Esq. PA 333427
Garrett M. Wilson, Esq. PA 338633
Michele M. Bradford, Esq. PA 69849
Orlans Law Group PLLC
Attorney for Capital One Auto Finance, a
division of Capital One, N.A.
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: etrachtman@orlans.com
gwilson@orlans.com
mbradford@orlans.com
File Number: 26-007834

<u>VIA US MAIL</u>

Rabia Sulayman, Debtor
7228 Forrest Avenue
Philadelphia, PA 19138

<u>VIA ECF</u>

Michael A. Cibik, Esq. on behalf of Debtor

Robert H. Holber Esq., Chapter 7 Trustee