United States Bankruptcy Court

Eastern District of Pennsylvania

In re:
Rabia Sulayman
Debtor

Case No. 26-12217-amc
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 04, 2026 | Form ID: 318 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Rabia Sulayman, 7228 Forrest Avenue, Philadelphia, PA 19138-1302 |
| 15169508 | + | Capital One Auto Finance, Orlans Law Group PLLC, c/o Garrett M. Wilson, Esq., 200 Eagle Road, Bldg. 2, Suite 120, Wayne PA 19087-3115 |
| 15168981 | | Capital One Auto Finance, a division of Capital On, 200 Eagle Road, Bldg 2, Suite 120 |
| 15145610 | | Law Office of William P. Marshall, 21 E Lincoln Ave Ste 120, Hatfield, PA 19440-2566 |
| 15145612 | + | Mohela/dofed, Po Box 300001, Greenville, TX 75403-3001 |
| 15145613 | + | Nochumson, P.C., 1 S Broad Street STE 1000, Philadelphia, PA 19107-3427 |
| 15145617 | | Vipul Shah, 6650 Overlook Rd, Orefield, PA 18069-8930 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRHHOLBER.COM | Sep 05 2026 05:16:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | | Email/Text: megan.harper@phila.gov | Sep 05 2026 01:14:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Sep 05 2026 05:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Sep 05 2026 05:16:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 05 2026 01:14:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 15145604 | | EDI: MAXMSAIDV | Sep 05 2026 05:16:00 | Aidvantage, Attn: Bankruptcy, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 15145604 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 05 2026 01:28:45 | Aidvantage, Attn: Bankruptcy, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 15145607 | | Email/Text: bankruptcy@collegeave.com | Sep 05 2026 01:14:00 | College Ave Student Loan Servicing, LLC, College Ave, Attn: Bankruptcy 233 N. Kin, Wilmington, DE 19801 |
| 15149328 | + | EDI: AISACG.COM | Sep 05 2026 05:16:00 | Capital One Auto Finance, AIS Portfolio Services, LLC, c/o Amitkumar Sharma, Esq., 4515 N Santa Fe Ave., Dept. APS, Oklahoma City OK 73118-7901 |
| 15145605 | + | EDI: AISACG.COM | Sep 05 2026 05:16:00 | Capital One Auto Finance, c/o AIS Portfolio Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15149037 | + | EDI: AISACG.COM | Sep 05 2026 05:16:00 | Capital One Auto Finance, a division of, AIS |

| | | | | |
|---|---|---|---|---|
| | | | | Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15145606 | + | EDI: CITICORP | Sep 05 2026 05:16:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, St Louis, MO 63179-0040 |
| 15145608 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 05 2026 01:28:43 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15145609 | | EDI: CITICORP | Sep 05 2026 05:16:00 | Dsnb Bloomingdales, Attn: Recovery 'Bk', PO Box 9111, Mason, OH 45040 |
| 15145611 | | Email/Text: EBN@Mohela.com | Sep 05 2026 01:14:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 15145614 | | Email/Text: bkecf@padgettlawgroup.com | Sep 05 2026 01:14:00 | Padgett Law Group, Attn: Bankruptcy, 700 Darby Rd, Havertown, PA 19083-4600 |
| 15174028 | ^ | MEBN | Sep 05 2026 01:14:25 | Philadelphia Gas Works, 800 W Montgomery Ave, 3F, Phila Pa 19122-2898 |
| 15145615 | | Email/Text: bkteam@selenefinance.com | Sep 05 2026 01:14:00 | Selene Finance, Attn: Bankruptcy, PO Box 8619, Philadelphia, PA 19101-8619 |
| 15173240 | + | Email/Text: RASEBN@raslg.com | Sep 05 2026 01:14:00 | U.S. Bank Trust National Association, Robertson Anschutz Schneid, Crane and Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta GA 30004-2001 |
| 15151572 | + | Email/Text: RASEBN@raslg.com | Sep 05 2026 01:14:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 15145616 | | Email/Text: bknotice@upgrade.com | Sep 05 2026 01:14:00 | Upgrade, Inc., Attn: Bankruptcy, 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Vipul Shah, 6650 Overlook Road, Orefield, PA 18069-8930 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|

| | |
|---|---|
| GARRETT M. WILSON | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. ANHSOrlans@InfoEx.com |
| MICHAEL A. CIBIK | on behalf of Debtor Rabia Sulayman help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. Bank Trust National Association mimcgowan@raslg.com |
| ROBERT H. HOLBER | trustee@holber.com rholber@ecf.axosfs.com |
| SHERRI DICKS | on behalf of Creditor U.S. Bank Trust National Association shrdlaw@outlook.com shrdlaw@outlook.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM P. MARSHALL | on behalf of Creditor Vipul Shah wpmlawoffice@aol.com |

TOTAL: 7

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Rabia Sulayman<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–6061 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | | |
| Case number: | 26–12217–amc | | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Rabia Sulayman
aka Raabia Sulayman

9/3/26

**By the court:** Ashely M. Chan
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**