UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>RABIA SULAYMAN<br>AKA RAABIA SULAYMAN<br><br>Debtor | Chapter 7<br>Case No. 26-12217-AMC |
| CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.<br><br>Movant<br><br>v.<br><br>RABIA SULAYMAN<br>AKA RAABIA SULAYMAN<br>(Debtor)<br><br>ROBERT H. HOLBER<br>(Trustee)<br><br>Respondents | Doc. No. 15 |

**<u>CERTIFICATE OF NO RESPONSE</u>**

The undersigned hereby certifies that, as of the date hereof, I have received no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay (the "Motion"), filed on August 6, 2026 (Docket No.15) by Capital One Auto Finance, a division of Capital One, N.A., and hereby respectfully request that the Order attached to the Motion be entered by the Court.

Date: September 8, 2026

Respectfully Submitted,

*<u>/s/ Garrett M. Wilson</u>*_______________
Elizabeth A. Trachtman, Esq. PA 333427
Garrett M. Wilson, Esq. PA 338633
Michele M. Bradford, Esq. PA 69849
Orlans Law Group PLLC

Attorney for Capital One Auto Finance, a
division of Capital One, N.A.
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: etrachtman@orlans.com
gwilson@orlans.com
mbradford@orlans.com
File Number: 26-007834